IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL & KIMBERLY DAILEY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ALLSTATE VEHICLE AND PROPERTY | : | |
| INSURANCE COMPANY | : | NO.   25-2350 |

**O R D E R**

AND NOW, this 29th day of October, 2025, upon consideration of the Complaint (Doc. 1), Defendant's Motion to Dismiss (Doc. 5), the Response (Doc. 10), and for the reasons stated in the accompanying Memorandum, IT IS HEREBY ORDERED that the Motion is DENIED.

BY THE COURT:

*/s/ Caroline Goldner Cinquanto*

_____
CAROLINE GOLDNER CINQUANTO, U.S.M.J.